UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| SALAH SALEM SARSOUR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:26-cv-00224-JPH-MKK |
| | ) | |
| BRISON SWEARINGEN in his official | ) | |
| capacity as Sheriff of Clay County, | ) | |
| Indiana, and Custodian of Petitioner, | ) | |
| TODD LYONS in his official capacity as | ) | |
| Acting Director, U.S. Immigration and | ) | |
| Customs Enforcement, | ) | |
| MARKWAYNE MULLIN in his official | ) | |
| capacity as Secretary of the United States | ) | |
| Department of Homeland Security, | ) | |
| PAMELA BONDI n her official capacity as | ) | |
| Attorney General, U.S. Department of | ) | |
| Justice, | ) | |
| | ) | |
| Respondents. | ) | |

**Order to Show Cause**

The Court, having considered the above action and the matters which are pending, makes the following rulings:

1.    The respondents are **notified** of the filing of the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. This material has been scanned into the Court's electronic docket. A copy of this Order to Show Cause, the petition, and exhibits shall be **distributed electronically to** the United States Attorney.

2.    The **clerk is directed** to issue process **by mail** to the Clay County Respondent. Process will consist of the petition (dkt. [1]) and this Order.

1

3.     The respondents will have **through 5:00 p.m. on April 6, 2026**, to answer the allegations of the habeas petition and **show cause** why the relief sought by the petitioner should not be granted. The petitioner will have **through 12:00 p.m. on April 8, 2026**, to reply.

4.     The respondents shall not transfer Petitioner outside the jurisdiction of the United States or to another federal judicial district during the pendency of this habeas petition without further order of Court following a proper motion by Respondent. *A.A.R.P. v. Trump,* 145 S. Ct. 1364, 1369 (2025); *United States v. United Mine Workers of Am.,* 330 U.S. 258, 293 (1947).

**SO ORDERED.**

Date: 4/1/2026

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Sheriff Brison Swearingen
Clay County Detention Center
Clay County Sheriff's Department
611 E. Jackson St.
Brazil, IN 47834

Courtesy copies (by electronic mail):
   Liberty L. Roberts, Church Church Hittle & Antrim, (lroberts@cchalaw.com)
   Shelese Woods, Assistant U.S. Attorney (shelese.woods@usdoj.gov)