UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

SALAH SALEM SARSOUR,                    )
                                        )
              Petitioner,               )
                                        )
       v.                               )        No. 2:26-cv-00224-JPH-MKK
                                        )
BRISON SWEARINGEN,                      )
TODD LYONS,                             )
MARKWAYNE MULLIN,                       )
MARCO RUBIO,                            )
TODD BLANCHE,                           )
                                        )
              Respondents.              )

**ORDER DIRECTING FURTHER PROCEEDINGS**

On June 18, 2026, the Court granted Petitioner Salah Sarsour's motion for release pending adjudication of habeas petition, concluding that it had jurisdiction over Mr. Sarsour's habeas petition and that he had presented a substantial claim of First Amendment retaliation. Dkt. 55.

The underlying amended petition is fully briefed. Dkts. 21, 29, 37. At the June 8, 2026, telephonic status conference, however, Petitioner suggested that additional discovery may be needed to further develop his First Amendment claim. Dkt. 52 at 14–15. Federal respondents asserted that neither discovery nor an evidentiary hearing were necessary because the case should be dismissed on jurisdictional grounds. *Id.* at 14–16.

Because the Court has determined that it has jurisdiction over Mr. Sarsour's claims asserted in the amended petition, the Court orders the parties to **confer and submit a status report by July 16, 2026,** addressing any

1

potential need for: (1) fact discovery, (2) supplemental briefing, and (3) an evidentiary hearing.

**SO ORDERED.**

Date: 7/1/2026

*James Patrick Hanlon*

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel