UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| SALAH SALEM SARSOUR,<br><br>Petitioner,<br><br>v.<br><br>BRISON SWEARINGEN,<br>TODD LYONS,<br>MARKWAYNE MULLIN,<br>MARCO RUBIO,<br>TODD BLANCHE,<br><br>Respondents. | ) | No. 2:26-cv-00224-JPH-MKK |

**ORDER**

On June 18, 2026, the Court granted Petitioner Salah Salem Sarsour's motion for release pending adjudication of his habeas petition. Dkt. 55. The United States is appealing that decision. Dkt. 64; 65; 66.

On August 27, 2026, the parties submitted a joint status report addressing the potential need for fact discovery, supplemental briefing, and an evidentiary hearing. Dkt. 67. The Federal Respondents seek a stay of proceedings in this case pending disposition of the appeal. *Id.* Petitioner opposes that request and asks the Court to allow discovery and schedule an evidentiary hearing. *Id.*

Federal Respondents shall have until September 7, 2026, to file a motion to stay and supporting brief. Petitioner will have until September 14, 2026, to

file a response, and Federal Respondents will have until September 16, 2026, to file any reply.

**SO ORDERED.**

Date: 8/31/2026

James Patrick Hanlon

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel.